In re H. H. BROWN.

No. A-1667.

Application of H. H. Brown for writ of habeas corpus. Writ denied.

PER CURIAM. This is an application to this court for a writ of habeas corpus to release petitioner, H. H. Brown, from the custody of Jro. L. Wisener, sheriff of Muskogee county. The above cause coming on for hearing and the same being duly presented to the court, the court finds that the application is without merit. The writ of habeas corpus is, therefore, denied.

---

AL FRANKLIN AND ELMER JOHNSON v. STATE.

No. A-1676.

Appeal from County Court, Oklahoma County;

John W. Hayson, Judge.

Al Franklin and Elmer Johnson were convicted of gaming, and appeal. Reversed as to Franklin and dismissed as to Johnson.

Reardon & Hereford, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Al Franklin and Elmer Johnson were convicted in the county court of Oklahoma county on a charge of operating a gambling game, and their punishment fixed at imprisonment in the county jail for a period of six months, and a fine of one thousand dollars each. An appeal from the judgment was duly lodged in this court. Counsel for plaintiff in error have called the attention of the court to the fact that Johnson has been pardoned by the Governor. This appeal, as to Johnson is, therefore, dismissed. There is no evidence in the record which tends reasonably to establish the offense charged against Franklin. The evidence overwhelmingly indicates the guilt of the plaintiff in error Johnson. A demurrer to the evidence as to Franklin should have been sustained by the trial court. The judgment as to him is reversed and the cause remanded with directions to grant a new trial.

---

In re ULYS SANDERS.

No. A-1694.

PER CURIAM. Habeas corpus petition to let to bail Ulys Sanders. Bail allowed and fixed at one thousand dollars, to be approved by the clerk of the district court of Sequoyah county.